UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    **PLAINTIFF** )<br>)<br>v. )<br>)<br>YACHT "SEA J" and TENDER, )<br>FIREARMS and AMMUNITION, )<br>)<br>    **DEFENDANTS-IN-REM** ) | NO. 2:11-CV-227-DBH |

**ORDER ON MOTION FOR DECREE OF FORFEITURE**

    The motion is **GRANTED**. Although the claimant Sfeir attempts to raise an excessive fines argument through his response to the motion, he has not complied with Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions G(8)(e) (excessive fines issue is to be presented by motion for summary judgment or by motion after entry of forfeiture judgment; the defense must also be pleaded under Rule 8, and there must be an opportunity for discovery on the issue). See also 2006 Advisory Committee Note ("the parties must have had the opportunity to conduct civil discovery on the defense").

    **SO ORDERED.**

    DATED THIS 12TH DAY OF JUNE, 2012

                                      /S/D. BROCK HORNBY
                                      **D. BROCK HORNBY**
                                      **UNITED STATES DISTRICT JUDGE**